**Dismissed; Opinion Filed June 28, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00650-CR
No. 05-16-00651-CR
No. 05-16-00652-CR
No. 05-16-00653-CR

**AARON MUNOZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-24624-U, F13-25152-U, F14-54112-U & F15-51997-U**

## MEMORANDUM OPINION

Before Justices Myers, Stoddart, and Whitehill
Opinion by Justice Stoddart

The Court has before it a motion to dismiss these appeals filed by Patty A. Tress. In the motion, Tress states she appealed her court appointed attorney's fees in these cases to the Administrative Judge for Region One. When the Administrative Judge denied her appeal, a Dallas County clerk "forwarded the motion and order for the appeal of attorney's fees [to this Court] erroneously and without knowledge or consent" of Tress.

We grant Tress's motion and dismiss these appeals.

Do Not Publish
TEX. R. APP. P. 47
160650F.U05

/Craig Stoddart/
CRAIG STODDART
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

AARON MUNOZ, Appellant

No. 05-16-00650-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-24624-U.
Opinion delivered by Justice Stoddart,
Justices Myers and Whitehill participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 28th day of June, 2016.



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

AARON MUNOZ, Appellant

No. 05-16-00651-CR V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F13-25152-U.
Opinion delivered by Justice Stoddart, Justices Myers and Whitehill participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 28th day of June, 2016.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AARON MUNOZ, Appellant

No. 05-16-00652-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F14-54112-U.
Opinion delivered by Justice Stoddart, Justices Myers and Whitehill participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 28th day of June, 2016.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

AARON MUNOZ, Appellant

No. 05-16-00653-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-51997-U.
Opinion delivered by Justice Stoddart, Justices Myers and Whitehill participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 28th day of June, 2016.